**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
WICHITA-HUTCHINSON DIVISION**

| | | |
|---|---|---|
| MICHAEL ALDRIDGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   6:17-cv-1065 |
| | ) | |
| FRESH VIEW SOLUTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S COMPLAINT

Plaintiff, MICHAEL ALDRIDGE ("Plaintiff"), through his attorney, Molner Merrigan, LLC, alleges the following against Defendant, FRESH VIEW SOLUTIONS ("Defendant"):

### INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA").

### JURISDICTION AND VENUE

2. This Court has jurisdiction under 28 U.S.C. §§1331, 1367, and 15 U.S.C. §1692k.

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Venue and personal jurisdiction in this District are proper because Defendant does or transacts business within this District, and a material portion of the events at issue occurred in this District.

### PARTIES

5. Plaintiff is a natural person residing in Wichita, Sedgwick County, Kansas.

6. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3).

7. Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6).

9. Defendant attempted to collect a consumer debt from Plaintiff.

10. Defendant is a collection agency located in Denver, Denver County, Colorado

11. Defendant is a business entity engaged in the collection of debt within the State of Kansas.

12. Defendant's business includes, but is not limited to, collecting on unpaid, outstanding account balances.

13. When an unpaid, outstanding account is placed with Defendant it is assigned a file number.

14. Defendant regularly collects, or attempts to collect debts on which the statute of limitations has expired.

15. During the course of its attempts to collect debts allegedly owed to third parties, Defendant sends to alleged debtors bills, statements, and/or other correspondence, via the mail and/or electronic mail, and initiates contact with alleged debtors via various means of telecommunication, such as by telephone and facsimile.

16. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

17. Defendant is attempting to collect a debt from Plaintiff on behalf of the original creditor, First Bankcard (a division of First National Bank of Omaha) account number ending in 0532 ("Account").

18. Plaintiff's alleged debt owed to First National Bank of Omaha arises from transactions for

2

personal, family, and household purposes.

19. Plaintiff retained the services of Debt Counsel for Seniors and the Disabled ("DCSD") to help with Plaintiff's unsecured debts.

20. DCSD protects seniors, veterans, and the disabled to ensure creditors and collectors do not violate collection laws or garnish federally protected incomes, such as Social Security, Social Security Disability, Veterans benefits, and other federal funds.

21. On August 10, 2015, First National Bank of Omaha mailed a letter to Plaintiff informing him that the Account was being sold to CACH, LLC.

22. On August 24, 2015, DCSD contacted CACH, LLC, and was advised that the Account had been placed with Fresh View Solutions.

23. On August 24, 2015, DCSD faxed a notice of representation and cease and desist letter to Defendant at 303-713-2524.  *See* the letter attached as Exhibit A.

24. DCSD's letter was provided to Defendant with Plaintiff's name, the original creditor account number, and a cease and desist request from both DCSD and Plaintiff.  *Id.*

25. On August 24, 2015, after DCSD's letter was faxed to Defendant, a Transmission Verification Report was generated.

26. According to the Transmission Verification Report, Defendant received DCSD's notice of representation and cease and desist letter on August 24, 2015.

27. Despite having received Plaintiff's cease and desist request and letter informing Defendant of DCSD's representation, on January 23, 2017, Defendant mailed a collection letter to Plaintiff regarding the First National Bank of Omaha account.  *See* the letter attached as Exhibit B.

28. Despite having received Plaintiff's cease and desist request and letter informing Defendant of DCSD's representation, on March 2, 2017, Defendant mailed a collection letter to Plaintiff regarding the First National Bank of Omaha account.  *See* the letter attached as Exhibit C.

29. Despite Plaintiff's requests that Defendant cease contacting him directly in connection with the alleged Citibank account, Defendant continued to send letters to Plaintiff, seeking and demanding payment on the alleged debt at issue in this case.

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

30. Defendant violated the FDCPA based on the following:

    a.   Defendant violated §1692c(c) of the FDCPA by communicating with Plaintiff after Defendant received Plaintiff's cease and desist letter.

WHEREFORE, Plaintiff, MICHAEL ALDRIDGE, respectfully requests judgment be entered against Defendant, FRESH VIEW SOLUTIONS for the following:

31. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

32. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k.

33. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

DATED: March 22, 2017          By: /s/ Mark D. Molner_____
                              Mark D. Molner, Esq.
                              SBN 24493
                              Molner/Merrigan, LC
                              111 W 10th Street
                              Kansas City, MO 64105
                              T (816) 200-2572
                              F (816) 326-0930
                              mark@molnermerrigan.com

# **<u>EXHIBIT A</u>**



*Debt Counsel for Seniors & the Disabled*

August 24, 2015                                    **BY FAX ONLY:  303-713-2524**
                                                   **Page 1 of 2**

Collections Manager
Fresh View Solutions
4340 S Monaco Street
Denver, CO  80217


    **Re:    Michael Aldridge**
          **Your reference # Ending in 0532  -  First National Bank of Omaha: Ending in 0532**
          **Our file # 10090**

To Whom It May Concern:

Please be advised that my law firm represents the above-referenced client(s) for purposes of enforcing their rights pursuant to all applicable federal debt collection laws.  Debt Counsel for Seniors and the Disabled exclusively represents clients who are seniors, veterans and/or disabled individuals whose income (e.g. social security, disability, veterans' benefits, etc.) is protected by federal law.

My client hereby disputes the entire amount of the debt referenced above.  Accordingly, please provide any agreement(s) my client may have signed regarding this debt as well as an accounting history, balance calculation and charge-off date, if applicable, to this law firm at the above address.  Also, please report this debt as disputed to all Credit Reporting Agencies to which you reported this debt..

Notwithstanding my representation, be on notice that my client hereby directs you to cease and desist all further communications with my client and hereby expressly revokes any prior consent that may have been given to call any telephone.  My client also hereby revokes any prior business relationship with you or with any other party(s) involved in this matter, which includes revocation of any agreement to arbitrate any matter that my client may have entered into with your or any predecessor in interest.

Per the official Staff Commentary on Regulation Z 226.2(a)(22), please direct all further communication regarding this matter to my office, Debt Counsel for Seniors and the Disabled, 542 S. Dearborn Street, Suite 1260, Chicago, IL 60605, 800-992-3275.

Sincerely,

*Jerome Lamet*

Jerome S. Lamet
Supervising Attorney
Debt Counsel for Seniors and the Disabled


Cc:  Michael Aldridge

---

**Jerome S. Lamet, Supervising Attorney**
The Pontiac Building
542 South Dearborn
Suite 1260
Chicago, Illinois  60605
V: (312) 939-2221
F: (312) 356-3199

```
┌─────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT   │
└─────────────────────────────────────┘
                            TIME  : 08/24/2015 11:38
                            NAME  : JEROME LAMET LTD
                            FAX   : 13123563199
                            TEL   : 13129392221
                            SER.# : BROD8J797996
```

```
DATE,TIME              08/24  11:37
FAX NO./NAME           13037132524
DURATION               00:00:45
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```



August 24, 2015

**BY FAX ONLY: 303-713-2524**
**Page 1 of 2**

Collections Manager
Fresh View Solutions
4340 S Monaco Street
Denver, CO 80217

**Re:   Michael Aldridge**
**Your reference # Ending in 0532  -  First National Bank of Omaha: Ending in 0532**
**Our file # 10090**

To Whom It May Concern:

Please be advised that my law firm represents the above-referenced client(s) for purposes of enforcing their rights pursuant to all applicable federal debt collection laws. Debt Counsel for Seniors and the Disabled exclusively represents clients who are seniors, veterans and/or disabled individuals whose income (e.g. social security, disability, veterans' benefits, etc.) is protected by federal law.

My client hereby disputes the entire amount of the debt referenced above. Accordingly, please provide any agreement(s) my client may have signed regarding this debt as well as an accounting history, balance calculation and charge-off date, if applicable, to this law firm at the above address. Also, please report this debt as disputed to all Credit Reporting Agencies to which you reported this debt..

Notwithstanding my representation, be on notice that my client hereby directs you to cease and desist all further communications with my client and hereby expressly revokes any prior consent that may have been given to call any telephone. My client also hereby revokes any prior business relationship with you or with any other party(s) involved in this matter, which includes revocation of any agreement to arbitrate any matter that my client may have entered into with

# **EXHIBIT B**

# FRESHVIEW®

6300 S. Syracuse Way, Suite 200
Centennial, CO 80111
T: 844.638.5794 • F: 303.713.2524
E: HELP@freshviewsolutions.com
W: www.fvspay.com
Hours of Operation:
Mon. – Fri. 6 am to 5 pm (MST)

## ACCOUNT INFORMATION

Current Creditor: CACH, LLC
Account No.: ████836
Original Creditor: First Bankcard (a division of First National Bank of Omaha)
Original Creditor Account No.: ████70532
Current Balance: $761.65

## USE YOUR TAX REFUND, SETTLE YOUR DEBT

| OPTION 1 | OPTION 2 | OPTION 3 |
|---|---|---|
| **A Savings of $479.84** | **A Savings of $403.67** | Call us today at 844.638.5794 to set up a custom payment arrangement. |
| Receive 63% off your current balance with 1 payment of $281.81. | Receive 53% off your current balance when you make 2 monthly payments in the amount of $178.99 each. | |

January 23, 2017

Doesn't everyone love getting a tax refund? Use this opportunity to pay off your debt and take advantage of this special tax season offer! Fresh View Solutions wants to offer you a quick way to settle your account. If you choose Option 1, we can accept $281.81 as a lump sum settlement of the above referenced account. This way you can settle your account and use the savings however you want!

Contact us within 30 days from the date of this letter to take advantage of one of these offers. If you are unable to take advantage of Offers 1 or 2 above, please call us to speak with one of our representatives who will work with you to establish a payment arrangement. We are not obligated to renew these offers.

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**CALLS TO AND FROM FRESH VIEW SOLUTIONS MAY BE MONITORED AND/OR RECORDED FOR COMPLIANCE PURPOSES.**

**IMPORTANT INFORMATION CONTINUED ON THE REVERSE SIDE.**

**PAYMENT OPTIONS**

- 🖥 Visit: www.FVSPAY.com
- 📞 Call: 844.638.5794
- ✉ Mail: Fresh View Solutions, P.O. Box 172285, Denver, CO 80217-2285
- @ Email: HELP@freshviewsolutions.com

P.O. Box 172285
Denver, CO 80217-2285

☐ **Option 1:** I would like to settle my debt in full with 1 payment
☐ **Option 2:** I would like to settle my debt by making 2 monthly payments
☐ **Option 3:** I would like to set up a custom payment arrangement
*Contact us within 30 days from the date of this letter to take advantage of one of these offers. We are not obligated to renew these offers.*

Account No. ████836

**Make Checks Payable to: Fresh View Solutions**

MICHAEL L ALDRIDGE

Remit Payment in the Enclosed Envelope to:

Fresh View Solutions
P.O. Box 172285
Denver, CO 80217-2285

134779-TAX26/6296_177465-875

# __EXHIBIT C__

# FRESHVIEW.

6300 S. Syracuse Way, Suite 200
Centennial, CO 80111
T: 844.638.5794 • F: 303.713.2524
E: HELP@freshviewsolutions.com
W: www.fvspay.com
Hours of Operation:
Mon. - Fri. 6 am to 5 pm (MST)

## Account Information

Current Creditor: CACH, LLC
Account No.: ████835
Original Creditor: First Bankcard (a division of First
National Bank of Omaha)
Original Creditor Account No.: ████0532
**Balance: $761.65**

## PUT YOUR TAX REFUND TO WORK IN 2017

March 02, 2017

MICHAEL L ALDRIDGE,

This letter is to inform you that your CACH, LLC account balance of $761.65 remains unpaid. Fresh View Solutions is authorized to offer you different options to settle your account. Put your tax refund to work and pay off your past due balance.

Act now. If you choose the **BEST OFFER** we can accept $281.81 as a lump sum settlement on the above referenced account. Other available options are referenced in the boxes to the right.

Contact us today at 844.638.5794 to take advantage of one of these limited-time offers. We are not obligated to renew these offers.

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**CALLS TO AND FROM FRESH VIEW SOLUTIONS MAY BE MONITORED AND/OR RECORDED FOR COMPLIANCE PURPOSES.**

**IMPORTANT INFORMATION CONTINUED ON THE REVERSE SIDE.**

### BEST OFFER!

**RECEIVE $479.84 off your balance when you make a 1 time payment in the amount of $281.81**

### DISCOUNT

**RECEIVE $403.67 off your balance when you make 2 monthly payments in the amount of $178.99 each**

### CALL US

Can't take advantage of the savings?
Call us today 844.638.5794 to set up a custom payment plan

---

PAYMENT OPTIONS

Visit: www.fvspay.com
Call: 844.638.5794
Mail: Fresh View Solutions, P.O. Box 172285, Denver, CO 80217-2285
Email: HELP@freshviewsolutions.com

---

P.O. Box 172285
Denver, CO 80217-2285

☐ Option 1: I would like to settle my debt in full with 1 payment
☐ Option 2: I would like to settle my debt by making 2 monthly payments
☐ Option 3: I would like to set up a custom payment arrangement

Account No.: 1████836

Make Checks Payable to: Fresh View Solutions

Remit Payment in the Enclosed Envelope to:

MICHAEL L ALDRIDGE

Fresh View Solutions
P.O. Box 172285
Denver, CO 80217-2285

## IMPORTANT NOTICE OF RIGHTS

We are required under state and/or federal law(s) to notify consumers of certain rights. This list does not include a complete list of rights you may have under state or federal laws or regulations. Federal Law or other state laws may also provide you with similar or even greater rights.

**California Residents:** The State Rosenthal Fair Debt Collection Practices Act and the Federal Fair Debt Collection Practices Act require that, **except** under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. they may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the federal trade commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit-reporting agency if you fail to fulfill the terms of your credit obligations.

**Colorado Residents:** Colorado Office Location: 6300 S. Syracuse Way, Suite 200, Centennial, CO 80111. Toll-Free Phone: 844.638.5794.

FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COAG.GOV/CAR. A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.

**Maine Residents:** Fresh View Solutions address is 6300 S. Syracuse Way, Suite 200, Centennial, CO 80111. Phone: 844.638.5794. Business hours: Mon. - Fri. 6 am to 5 pm (MST).

**Minnesota Residents:** This collection agency is licensed by the Minnesota Department of Commerce

**New York City Residents:** Fresh View Solutions New York City Department of Consumer Affairs license number is 2016965-DCA.

**North Carolina Residents:** Fresh View Solutions collection agency permit number is 112406.

**Tennessee Residents:** Fresh View Solutions is licensed by the Collection Service Board of the Tennessee Department of Commerce and Insurance.

**Texas Residents:** Fresh View Solutions address is 6300 S. Syracuse Way, Suite 200, Centennial, CO 80111. Phone: 844.638.5794. Business hours: Mon. - Fri. 6 am to 5 pm (MST).

**Utah Residents:** As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

### IMPORTANT INFORMATION ABOUT CREDIT REPORTING

Our clients may report information about your account to credit bureaus.

---

**Fresh View Solutions** is a trade name. The full legal name of Fresh View Solutions is SquareTwo Financial Services Corporation d/b/a Fresh View Solutions.

---