## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MICHAEL ALDRIDGE, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> FRESH VIEW SOLUTIONS, ) </br> ) </br> Defendant. ) | Case No. 6:17-CV-01065-EFM TJJ |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, MICHAEL ALDRIDGE, ("Plaintiff"), through his attorney, Molner Merrigan, Esq., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, with prejudice, against Defendant, FRESH VIEW SOLUTIONS.

RESPECTFULLY SUBMITTED,

DATED: April 13, 2017    By: /s/ Mark D. Molner_____
Mark D. Molner, Esq.
SBN 24493
Molner/Merrigan, LC
111 W 10th Street
Kansas City, MO 64105
T (816) 200-2572
F (816) 326-0930
mark@molnermerrigan.com

## **CERTIFICATE OF SERVICE**

On April 13, 2017, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system.  I e-mailed a copy of the filed Notice of Voluntary Dismissal to Jennifer Madsen, jmadsen@squaretwofinancial.com.

By: /s/ Mark D. Molner_____
Mark D. Molner, Esq.